**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**

John P. Gustafson
United States Bankruptcy Judge

**Dated: August 18 2026**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In Re**: | ) | **Case No.** 21-60643 |
| Daryl Allen Swanger | ) | |
| | ) | **Chapter 13** |
| | ) | |
| | ) | |
| **Debtor(s)**. | ) | **JUDGE JOHN P. GUSTAFSON** |
| | ) | |

**ORDER AND NOTICE REGARDING 11 U.S.C. § 1328(a)**

The Chapter 13 Trustee has filed her Final Report and Account showing that payments due under the confirmed Chapter 13 plan have been completed. This case is before the court for a determination under 11 U.S.C. § 1328(a) as to whether a discharge may be entered. That section provides as follows:

> Subject to subsection (d), as soon as practicable after completion by the debtor of all payments under the plan, and in the case of a debtor who is required by a judicial or administrative order, or by statute, to pay a domestic support obligation, after such debtor certifies that all amounts payable under such order or such statute that are due on or before the date of certification (including amounts due before the petition was filed, but only to the extent provided for by the plan) have been paid...the court shall grant the debtor a discharge...

In order to implement this provision, Debtor(s) are hereby **ORDERED** to file the attached

document certifying the facts that are appropriate to Debtor(s)' individual circumstances. In a joint case separate documents must be filed for each Debtor. **The completed document(s) must be filed on or before 28 days from the date of service of this Order**, or within any time set by the court upon a motion for extension filed by Debtor(s) before the expiration of the deadline.

If the completed certification document is not timely filed as required by this order, the court will presume that Debtor(s) is required by a judicial or administrative order, or by statute, to pay a domestic support obligation and that all amounts payable under such order or such statute that are due have **not** been paid. In that event the case will be closed without discharge.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In Re**: | ) | **Case No.** 21-60643 |
| Daryl Allen Swanger | ) | |
| | ) | **Chapter 13** |
| | ) | |
| | ) | |
| **Debtor(s)** | ) | **JUDGE JOHN P. GUSTAFSON** |

**DEBTOR'S CERTIFICATION REGARDING 11 U.S.C. § 1328(a)**

☐ 1. I, ______________________________, the Debtor in the above styled case, certify that I am not required by any judicial or administrative order, or by statute, to pay a domestic support obligation.

☐ 2. I, ______________________________, the Debtor in the above styled case, certify that I am required by a judicial or administrative order, or by statute, to pay a domestic support obligation, and that all amounts payable under such order or such statute that are due on or before the date of certification below (including amounts due before the petition was filed, but only to the extent provided for by the plan) have been paid.

☐ 3. I, ______________________________, the Debtor in the above styled case, hereby certify that I am required by a judicial or administrative order, or by statute, to pay a domestic support obligation, and that all amounts payable under such order or such statute that are due on or before the date of certification below (including amounts due before the petition was filed, but only to the extent provided for by the plan) have **NOT** been paid.

**I certify under penalty of perjury that the information provided above is true and correct.**

______________________________ ______________________________
Date Signed and Date of Certification Signature of Debtor