**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In Re:** | ) | **Case No.** 21-60643 |
| Daryl Allen Swanger | ) | |
| | ) | **Chapter 13** |
| | ) | |
| | ) | |
| **Debtor(s)** | ) | **JUDGE JOHN P. GUSTAFSON** |

**DEBTOR'S CERTIFICATION REGARDING 11 U.S.C. § 1328(a)**

☑ 1. I, Daryl Allen Swanger, the Debtor in the above styled case, certify that I am not required by any judicial or administrative order, or by statute, to pay a domestic support obligation.

☐ 2. I, ______________________________, the Debtor in the above styled case, certify that I am required by a judicial or administrative order, or by statute, to pay a domestic support obligation, and that all amounts payable under such order or such statute that are due on or before the date of certification below (including amounts due before the petition was filed, but only to the extent provided for by the plan) have been paid.

☐ 3. I, ______________________________, the Debtor in the above styled case, hereby certify that I am required by a judicial or administrative order, or by statute, to pay a domestic support obligation, and that all amounts payable under such order or such statute that are due on or before the date of certification below (including amounts due before the petition was filed, but only to the extent provided for by the plan) have **NOT** been paid.

**I certify under penalty of perjury that the information provided above is true and correct.**

8-29-26
Date Signed and Date of Certification

[signature]
Signature of Debtor